THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| GRACE MUSSELMAN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>GEICO GENERAL INSURANCE COMPANY, a foreign corporation organized under the laws of Maryland doing business within the State of Washington,<br><br>Defendant. | No. 2:17-cv-00241-JLR<br><br>STIPULATION AND ORDER OF DISMISSAL<br><br>***(Clerk's Action Required)*** |

## STIPULATION

IT IS HEREBY STIPULATED by counsel for the parties hereto that all claims in this action shall be dismissed with prejudice and without costs.

DATED this 28th day of March, 2017.

By: *s/Alfred E. Donohue*
    Alfred E. Donohue, WSBA No. 32774
    WILSON SMITH COCHRAN DICKERSON
    901 Fifth Avenue, Suite 1700
    Seattle, WA 98164-2050
    Telephone: (206) 623-4100 / Fax: (206) 623-9273
    Email: donohue@wscd.com
    Of Attorneys for Defendant



WILSON
SMITH
COCHRAN
DICKERSON

901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

DATED this 28th day of March, 2017

By: _s/Thomas B. Baisch_
Thomas B. Baisch WSBA No. 35895
THOMAS BAISCH, P.L.L.C.
601 Union Street, Suite4200
Seattle, WA 98101
Telephone: (206) 352-3399 / Fax: (206) 388-4980
Email: thomas@baischlaw.com
Of Attorneys for Plaintiff



WILSON
SMITH
COCHRAN
DICKERSON

901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

1

## ORDER OF DISMISSAL

2   Based on the above stipulation, IT IS HEREBY ORDERED that this action is

3 dismissed with prejudice and without costs.

4   DATED this 29ᵗʰ day of _____March_____, 2017.

5

6

7           _____

         HONORABLE JAMES L. ROBART

8         United States District Judge

9 Presented by:

10 By: _s/Alfred E. Donohue_____

11   Alfred E. Donohue, WSBA No. 32774

   Kendra R. Comeau WSBA No. 44581

12   WILSON SMITH COCHRAN DICKERSON

13   901 Fifth Avenue, Suite 1700

   Seattle, WA  98164-2050

14   Telephone: (206) 623-4100 / Fax: (206) 623-9273

15   Email: donohue@wscd.com

   Of Attorneys for Defendant

16

17 Approved as to form; notice of

18 presentation waived:

19 By: _s/Thomas B. Baisch_____

20   Thomas B. Baisch WSBA No. 35895

   THOMAS BAISCH, P.L.L.C.

21   601 Union Street, Suite4200

22   Seattle, WA 98101

   Telephone: (206) 352-3399 / Fax: (206) 388-4980

23   Email: thomas@baischlaw.com

   Of Attorneys for Plaintiff

24

25

26

WILSON
SMITH
COCHRAN
DICKERSON

901 Fifth Avenue, Suite 1700
Seattle, Washington 98164
Telephone: (206) 623-4100
Fax: (206) 623-9273